# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2133
Lower Tribunal No. 2022-CA-001336

_____

CAROL M. BUTTERFIELD and DAVID BUTTERFIELD,

Appellants,

v.

RYAN SCOTT JOHNSON,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Sharon C. Degnan, of Kubicki Draper, Orlando, for Appellants.

Jason W. Gelinas, of Morgan & Morgan, P.A., Fort Myers, and David L. Luck, of Morgan & Morgan, P.A., Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED